Louis E. Kempinsky (CA State Bar No. 90068)
*lek@kempinskylaw.com*
Laura D. Castner (CA State Bar No. 172362)
*ldc@kempinskylaw.com*
KEMPINSKY LAW LTD.
11111 Santa Monica Blvd., Suite 1700
Los Angeles, CA 90025
Telephone:     (424) 901-6690
Facsimile:      (424) 901-1433

Attorneys for Defendant Asian American
 Small Business Political Action Committee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiff,<br><br>vs.<br><br>ASIAN AMERICAN SMALL BUSINESS POLITICAL ACTION COMMITTEE,<br><br>Defendant. | Case No. 2:15-CV-00505-TLN-AC<br><br>**STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER THEREON** |

Stipulation and Order To Further Extend          - 1 -
 Time To Respond To Complaint

Plaintiff California Republican Party and Defendant Asian American Small Business Political Action Committee, through their respective counsel of record, hereby stipulate that Defendant shall have a further extension of time up through, and including, April 20, 2015, in which to plead or otherwise respond to the complaint. This is the second such extension sought or received. Defendant and Plaintiff previously stipulated to an extension of ten days, through and including April 10, 2015, for Defendant to plead or otherwise respond to Plaintiff's Complaint.

The Court's approval of this second stipulated ten-day extension is respectfully requested in light of the fact that the parties are, and have been, working to negotiate and document a resolution of all claims, and additional time is required for this process. The total extension of time to which the parties have stipulated is less than twenty-eight (28) days from the date on which Defendant's response to the complaint was originally due.

Dated: April 9, 2015

DHILLON LAW GROUP INC.

By */s/ Harmeet K. Dhillon* (as authorized on 4/9/15)
    Harmeet K. Dhillon
    Attorneys for Plaintiff

Dated: April 9, 2015

REED & DAVIDSON, LLP
    -and-
KEMPINSKY LAW LTD.

By */s/ Louis E. Kempinsky*
    Louis E. Kempinsky
    Attorneys for Defendant

IT IS SO ORDERED.

Dated: April 13, 2015

_____
Troy L. Nunley
United States District Judge

Stipulation and Order To Further Extend Time To Respond To Complaint     - 2 -