Louis E. Kempinsky (CA State Bar No. 90068)
*lek@kempinskylaw.com*
Laura D. Castner (CA State Bar No. 172362)
*ldc@kempinskylaw.com*
KEMPINSKY LAW LTD.
11111 Santa Monica Blvd., Suite 1700
Los Angeles, CA 90025
Telephone:     (424) 901-6690
Facsimile:     (424) 901-1433

Attorneys for Defendant Asian American
  Small Business Political Action Committee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiff,<br><br>vs.<br><br>ASIAN AMERICAN SMALL BUSINESS POLITICAL ACTION COMMITTEE,<br><br>Defendant. | Case No. 2:15-CV-00505-TLN-AC<br><br>**STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER THEREON** |

1   Plaintiff California Republican Party and Defendant Asian American Small Business Political

2   Action Committee, through their respective counsel of record, hereby stipulate that Defendant shall

3   have a fourteen-day extension of time up through, and including, May 4, 2015, in which to plead or

4   otherwise respond to the complaint.  This is the third such extension sought.  Defendant and Plaintiff

5   previously stipulated to two extensions of ten days each, the second of which extended until April 20,

6   2015, the deadline for Defendant to plead or otherwise respond to the complaint.

7   The Court's approval of this third stipulated extension is respectfully requested as the parties

8   appear close to reaching a settlement resolving all claims and disputes involved in this lawsuit, which

9   asserts four claims against Defendant for trademark infringement.  The parties contemplate that the

10   settlement agreement will also include provisions intended to avoid future disputes of the kind giving

11   rise to this lawsuit.

12   The parties believe that they can, by May 4, 2015, complete the negotiation, documentation,

13   and execution of a definitive agreement, which would then result in the dismissal of this lawsuit.  The

14   total extension of time to which the parties have stipulated in all three stipulations is thirty-four (34)

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Stipulation and Order To Further Extend          - 2 -
Time To Respond To Complaint

days from the date on which Defendant's response to the complaint was originally due.  This is the last stipulation the parties will file respecting the deadline to respond to the complaint.


Dated: April 17, 2015                    DHILLON LAW GROUP INC.


                                         By*/s/ Harmeet K. Dhillon* (as authorized on 4/17/15)
                                             Harmeet K. Dhillon
                                             Attorneys for Plaintiff


Dated:  April 17, 2015                   KEMPINSKY LAW LTD.

                                         By*/s/ Louis E. Kempinsky*_____
                                             Louis E. Kempinsky
                                             Attorneys for Defendant


        IT IS SO ORDERED.

Dated:  April __, 2015


                                         _____
                                         U.S. District Judge


Stipulation and Order To Further Extend
Time To Respond To Complaint          -3-