Louis E. Kempinsky (CA State Bar No. 90068)
*lek@kempinskylaw.com*
Laura D. Castner (CA State Bar No. 172362)
*ldc@kempinskylaw.com*
KEMPINSKY LAW LTD.
11111 Santa Monica Blvd., Suite 1700
Los Angeles, CA 90025
Telephone:	(424) 901-6690
Facsimile:	(424) 901-1433

Attorneys for Defendant Asian American
 Small Business Political Action Committee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiff,<br><br>vs.<br><br>ASIAN AMERICAN SMALL BUSINESS POLITICAL ACTION COMMITTEE,<br><br>Defendant. | Case No. 2:15-CV-00505-TLN-AC<br><br>**NOTICE OF SETTLEMENT**<br>**(LOCAL RULE 160(a))** |

Notice of Settlement	- 1 -

1   PLEASE TAKE NOTICE that the parties to the above-captioned action have reached a mutual
2   agreement to resolve the action.  A notice of the dismissal of this action with prejudice is expected to
3   be filed shortly.

Dated:  May 7, 2015                                KEMPINSKY LAW LTD.

                                                   By */s/ Louis E. Kempinsky*
                                                       Louis E. Kempinsky
                                                       Attorneys for Defendant

Notice of Settlement                               - 2 -